UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PHILIP JOHN BRANT, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No.   1:06-cv-0768-DFH-WTL |
| JASON RAKASKA, et al., | ) ) | |
| Defendants. | ) ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motion for summary judgment is **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

*David F. Hamilton*
DAVID F. HAMILTON, Judge
United States District Court

Date:  12/20/2006

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*
By: Deputy Clerk

Distribution:

Philip John Brant
#861004
Westville Correctional Facility
P. O. Box 473
Westville, IN     46391-0473

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com

Ian L. Stewart
OFFICE OF CORPORATION COUNSEL
istewart@indygov.org